LARSEN, J., did not participate in the decision of this case.

ZAPPALA, J., concurs in the result.

MONTEMURO, Senior Justice, was an appointed Justice of the Court at the time of argument.*

**Daniel B. AHLBORN, Respondent,**

v.

**COMMONWEALTH Of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Petitioner.**

Supreme Court of Pennsylvania.

June 8, 1994.

**ORDER**

PER CURIAM.

The petition for allowance of appeal is granted and the order of the Commonwealth Court is reversed and the 90 day suspension of operating privileges issued by the Department of Transportation is reinstated. *Commonwealth v. Duffey*, —— Pa. ——, 639 A.2d 1174 (1994).

FLAHERTY, J., dissents.

Mr. Justice Larsen, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

---

* Mr. Justice Montemuro is sitting by designation as senior justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.